# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert E. Snider and Kevin Krolczyk, as Trustees of the Roofers Local No. 96 Annuity, Health and Welfare, and Vacation Funds; and Robert M. Dalsin and James A. Hadel, as Trustees of National Roofing Industry Pension Plan,<br><br>    Plaintiffs,<br><br>vs.<br><br>Aduddel Roofing & Sheet Metal, Inc., a foreign corporation qualified to do business in the State of Minnesota, d/b/a Aduddell Industries, Inc.,<br><br>    Defendant. | Civil File No. 09-cv-69 DSD/SRN<br><br><br><br><br><br><br><br>**INJUNCTION** |

Pursuant to this Court's Order dated April 17, 2009:

1. Defendant is to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendant is delinquent, together with interest and liquidated damages.

2. Defendant is to submit forthwith to Plaintiffs' TPA all its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. The Defendant shall cooperate in all ways with this audit.

4. Defendant acting through its directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, is MANDATED to submit to Plaintiffs' TPA all

- 2 -

fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

                                        BY THE COURT:

Dated: April 17, 2009           s/David S. Doty
                                        DAVID S. DOTY
                                        United States District Judge